

**Entered on Docket**
**March 31, 2011**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**
_____

1 | KATHLEEN A. LEAVITT
  | ~~CHAPTER 13 STANDING TRUSTEE~~
2 | 201 Las Vegas Blvd South Suite 200
  | Las Vegas, NV  89101
3 | (702) 853-0700

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| IN RE: | Chapter 13 |
| ANTHONY CARRASQUILLO | BKS-11-11479-LBR |
| GRISEL CARRASQUILLO | |
| | Hearing Date: N/A |
| Debtors | Hearing Time: N/A |

**PRO SE DEBTOR**
**Attorney for Debtors**

**EX-PARTE ORDER DISMISSING CHAPTER 13**
**CASE PURSUANT TO 11 U.S.C. SECTION 521(i)**

As the above-captioned Debtor has not complied with 11 U.S.C. § 521(i) in that the Debtor has not filed Schedules A through J, Statement of Financial Affairs, Chapter 13 Plan as required within the forty-five (45) day period, which expired on March 19, 2011.

. . .

. . .

. . .

1  **IT IS HEREBY ORDERED** that the above-captioned bankruptcy proceeding under Chapter 13 is

2  **DISMISSED** for the Debtor's failure to comply with 11 U.S.C. § 521(i).

3  **IT IS HEREBY ORDERED** that the Trustee shall be allowed to retain the amount of **$150.00** as

4  and for administrative expenses from the balance on hand in this case, if any.

5  **IT IS SO ORDERED.**

6  Submitted by:

7  /s/ Kathleen A. Leavitt
8  KATHLEEN A. LEAVITT
   CHAPTER 13 BANKRUPTCY TRUSTEE
   Dated: March 30, 2011
9  (CJY)